# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:18 cr 45

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| THOMAS JAMES CUSICK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is pro se Movant Tina Vanbuskirk's Motion for Return of Seized Property [# 19]. Finding that a response from the Government is necessary on this Motion, the Court enters the following Order:

The Court **ORDERS** the Government to respond to the Motion [# 19]. The Government shall have through **July 9, 2018**, to respond.

Signed: July 5, 2018

Dennis L. Howell
United States Magistrate Judge