# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cr 45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS JAMES CUSICK. | ) | |
| _____ | ) | |

Before the Court is Movant Tina Vanbuskirk's Motion for Appointment of Guardian [# 28]. Movant Tina Vanbuskirk moves to have a guardian appointed for Kristopher Vanbuskirk, a minor, regarding forfeiture of property in connection with the above-captioned case.

The Court had determined to set the Motion for a hearing and instructs the parties as follows:

The Court **ORDERS** that this Motion shall be heard at **10:00am on September 5, 2018**, in Courtroom 2, 100 Otis Street, Asheville, NC 28801.

The Court **ORDERS** the following to be present:

- Movant Tina Vanbuskirk
- Movant Kristopher Vanbuskirk
- David Meeks
- A representative of the Government
- U.S Probation Officer Sarah Wright

The Court **DIRECTS** the Clerk's Office to mail notice to both Vanbuskirks and David

Meeks, 2325 Hampton Road, Wellford, SC 29385.

Signed: August 16, 2018

Dennis L. Howell
United States Magistrate Judge