# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cr 45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS JAMES CUSICK. | ) | |
| _____ | ) | |

This matter is before the Court on Movant Tina Vanbuskirk's Motion for Appointment of Guardian for Minor Movant K.V. [# 28]. On September 5, 2018, the Court held a hearing on the motion. The Court considered whether Movant K.V. was indigent and entitled to both court appointed representation and a court appointed guardian for the pending civil forfeiture matter related to this criminal case.

At the hearing, the Court found K.V. is a minor and therefore unable to represent himself. In order to protect the interests of K.V., the Court determined to appoint Attorney Meghann K. Burke as guardian ad litem for K.V. *See* Fed. R. Civ. P. 17(c)(2); Seibels, Bruce & Co. v. Nicke, 168 F.R.D. 542, 543 (M.D.N.C. 1996). Additionally, the Court determined to appoint Attorney Meghann K. Burke as K.V.'s legal representative for the forfeiture matter. While Movant Tina Vanbuskirk had suggested someone else to serve as K.V.'s guardian, the Court found K.V. and his interests would be best served by an attorney.

## ORDER

The Court **APPOINTS** Attorney Meghann K. Burke as both guardian ad litem

and legal representative for minor Movant K.V.

Signed: September 7, 2018

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge