# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:18-cr-00045-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>THOMAS JAMES CUSICK ) <br>_____ | **FINAL ORDER<br>OF FORFEITURE** |

**THIS MATTER** is before the Court on the Government's Motion for Final Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c) [Doc. 41].

On June 15, 2018, the Court issued a Consent Order and Judgment of Forfeiture [Doc. 17], under which various firearms and ammunition that were seized in connection with the underlying criminal case against Defendant Thomas Cusick were forfeited to the United States.

Pursuant to Fed. R. Crim. P. 32.2(c), third party claims to the forfeited property were filed by Tina Vanbuskirk, Matthew Vanbuskirk, and Kristopher Vanbuskirk. [Docs. 19, 22]. The United States and Tina Vanbuskirk, Matthew Vanbuskirk, and Kristopher Vanbuskirk reached a settlement of their claims, resulting in the return and release of certain firearms and ammunition. [Doc. 37]. Thus, the ancillary proceeding has been completed.

**IT IS, THEREFORE, ORDERED** that in accordance with Fed. R. Crim. P. 32.2(c)(2), the Government's Motion [Doc. 41] is **GRANTED**, and the Consent Order and Judgment of Forfeiture [Doc. 17] is hereby **AMENDED** to reflect that due to the filing and settlement of the third-party claims, the property forfeited to the United States in this case shall be limited to the following:

- Hi-Point C9, 9mm caliber pistol, SN: P1915130;
- Beretta PX4 Storm, .40 caliber pistol, SN: PY85079; and
- Remington 550-1, .22 caliber rifle, no serial number.

**IT IS FURTHER ORDERED** that all right, title, and interest in the Hi-Point C9, 9mm caliber pistol, SN: P1915130; Beretta PX4 Storm, .40 caliber pistol, SN: PY85079; and Remington 550-1, .22 caliber rifle, no serial number has therefore been forfeited to the United States for disposition. All other provisions of the Consent Order and Judgment of Forfeiture [Doc. 17] shall remain in effect.

**IT IS SO ORDERED.**

Signed: November 9, 2018

Martin Reidinger
United States District Judge